

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 24 2010

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

# United States District Court
## for the
## Eastern District of Arkansas

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Kimberly Parchman      Case Number: 4:08CR00018-002 SWW

Name of Sentencing Judicial Officer:    Honorable Susan Webber Wright
United States District Judge

Offense:    Aiding and abetting the distribution of cocaine base

Date of Sentence:    December 12, 2008

Sentence:    3 years probation, mandatory drug testing, substance abuse treatment, employment, 8 months home detention with electronic monitoring, DNA, and $100 special penalty assessment

Type of Supervision:   Probation     Date Supervision Commenced: December 12, 2008
Expiration Date: December 11, 2011

Asst. U.S. Attorney: Patricia Harris     Defense Attorney: To be obtained

U.S. Probation Officer: Jay Baker Hudson
Phone No.: 870-972-6176

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

**The defendant shall complete forty hours of community service work within 90 days of the signing of this order.**

### CAUSE

Ms. Parchman has failed to submit monthly supervision reports for the months of January, February, May, and August 2009. She also failed to report for substance abuse counseling on February 4 and July 31, 2009. Additionally, she failed to report for drug testing on January 14, 21, August 26, September 9, 15, and December 9 and 14, 2009. Ms. Parchman's time sheets were reviewed for the dates she missed testing in August and September to verify her hours. On August 26, 2009, Ms. Parchman clocked out at 1:30 p.m., leaving her over two hours to report for testing. On September 9, 2009, Ms. Parchman did not clock in until 9:23 a.m. which left her over an hour to submit a urine sample before she reported to work. In regard to the missed tests in December, she forgot to call or waited too long to report. Finally, she has not paid her $100 special penalty assessment as instructed by the Court on December 12, 2008.

Prob 12B                                        -2-                      Request for Modifying the
                                                                         Conditions or Terms of Supervision
                                                                         with Consent of the Offender

Name of Offender: Kimberly Parchman                    Case Number: 4:08CR00018-002 SWW

Assistant U.S. Attorney Patricia Harris and Federal Public Defender Jerome Kearney have both agreed to the requested modification. Ms. Parchman signed the attached Prob 49 waiving her right to a hearing and agreeing to the proposed modification. The modification addresses her multiple violations without affecting her current employment or ability to continue caring for her children.

_____                         _____
Jay Baker Hudson                                        Patricia Harris
U.S. Probation Officer                                  Assistant U.S. Attorney

Date: February 16, 2010                                 Date: 2/22/10

---

This form is to be filed with Criminal Docketing as a motion.

---

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

2-24-10
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

Approved:

_____
Supervising U.S. Probation Officer

JBH/khm

Prob 12B                            -3-                    Request for Modifying the
                                                     Conditions or Terms of Supervision
                                                         with Consent of the Offender

Name of Offender: Kimberly Parchman          Case Number: 4:08CR00018-002 SWW

c:  Assistant Federal Public Defender, Jerome Kearney, 1401 West Capitol Avenue, Suite 490, Little
    Rock, AR 72201
    Assistant U.S. Attorney, Patricia Harris, P.O. Box 1229, Little Rock, AR 72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant shall complete forty hours of community service work within 90 days of the signing of this order.**

Witness: _[signature]_
U.S. Probation Officer

Signed: _Kimberly Crawford_
Probationer or Supervised Releasee

DATE: 2-10-10